AO 91 (Rev. 11/11)  Criminal Complaint

Pakiz

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:26-mj-305 |
| | ) | |
| | ) | |
| Kendry Jose CUBIAN-PEREZ | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____05/08/2026_____ in the county of _____Delaware_____ in the _____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b) | Assaulting, resisting, or impeding certain officers or employees while engaged in or on account of the performance of official duties inflicting bodily injury |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Trace Way, Special Agent (HSI)
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___May 8, 2026___

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: _____Columbus, Ohio_____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Trace Way (Your Affiant), a Special Agent (SA) with Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I, Special Agent Trace Way (your affiant), make this affidavit in support of a criminal complaint to arrest Kendry Jose CUBIAN-PEREZ (**CUBIAN-PEREZ**) for violations of 18 U.S.C. § 111(a)(1) and (b) – assaulting, resisting, or impeding certain officers or employees while engaged in or on account of the performance of official duties inflicting bodily injury. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. The information set forth below includes information from law enforcement reports, observations made by your affiant and other law enforcement officers, and information told to your affiant by other law enforcement officers with knowledge of the incident. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **CUBIAN-PEREZ** committed the violations listed above.

2. I am a Special Agent with HSI assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio, and I have been a Special Agent since November 2019. I am currently assigned to the Central Ohio Human Trafficking Task Force investigating matters involving human trafficking, which can involve other matters including prostitution, drug trafficking, and child exploitation. As part of my professional experience, I have participated in State and Federal investigations involving human trafficking, narcotics trafficking, prostitution, the exploitation of minors, illegal possession of firearms, and money laundering. I have participated in the execution of state and federal search and seizure warrants and have seized or assisted in seizing contraband and evidence, including firearms, ammunition, narcotics, currency, and documentary evidence, which includes electronically stored documents.

3. Prior to becoming a Special Agent with HSI, I served as a U.S. Border Patrol Agent for approximately two years and a Customs and Border Protection Officer for approximately four years; having begun my federal law enforcement career in August 2013. As a Special Agent my responsibilities and duties include the investigation and enforcement of federal laws and

1

regulations related to customs and immigration violations, including but not limited to narcotics, financial crimes, fraud, human trafficking, and violations of the Immigration and Nationality Act. While performing my duties as a Special Agent, I have participated in various investigations involving human trafficking-related and narcotics trafficking-related offenses, including violations of 21 U.S.C. §§ 841 and 846, and 18 U.S.C § 1591. I have received criminal investigative training, including 26 weeks of intensive training at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. This training included instruction on the methods used by criminals to violate the laws of the United States and evade detection by law enforcement. I have had formal and on-the-job training in matters involving human trafficking, narcotics trafficking, and assaults of law enforcement officers from instructors, supervisors, and colleagues.

4.     As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

5.     On May 8, 2026, members of the Homeland Security Task Force (HSTF) were conducting physical surveillance in the area of 4002 Greensview Drive, Powell, Ohio 43065, attempting to apprehend a known criminal alien. At approximately 5:45AM, officers observed a male matching the description of the target individual exit an apartment in the area the target individual was believed to reside. The individual seen during surveillance, later identified as Kendry Jose **CUBIAN-PEREZ** was observed entering a white Honda Civic, bearing Ohio registration KRG1418. Officers knew this vehicle to be registered to the individual they were attempting to apprehend. As an officer on the apprehension team turned their vehicle emergency lights on, the individual opened the driver's door of the target vehicle to flee. As the individual began to flee, he encountered Enforcement and Removal Operations (ERO) Officer Greg Lambert, who had been on foot in the area of the white Honda Civic. As Officer Lambert approached **CUBIAN-PEREZ** to apprehend him, **CUBIAN-PEREZ** punched Officer Lambert in the face. This punch resulted in Officer Lambert's tooth puncturing through his bottom lip. Officer Lambert held onto **CUBIAN-PEREZ**, continuing the attempt to apprehend **CUBIAN-PEREZ**, and **CUBIAN-PEREZ** continued to punch Officer Lambert. As this struggle was ongoing, other members of the apprehension team arrived to assist Officer Lambert, and **CUBIAN-PEREZ** continued to resist arrest. Shortly after, officers were able to place handcuffs on **CUBIAN-**

2

**PEREZ**.

6.      Once **CUBIAN-PEREZ** was detained, officers were able to determine he was not the intended target of the operation. **CUBIAN-PEREZ** provided a State of Ohio Identification Card and a Venezuelan driver's license. Officers were then able to determine **CUBIAN-PEREZ** was present in the United States without inspection. **CUBIAN-PEREZ** was examined by officers and was found to only have sustained minor abrasions from the struggle. Officers then transported **CUBIAN-PEREZ** to the ERO office in Westerville, Ohio for processing.

7.      Officer Lambert was also examined on scene and was found to have a puncture wound near his chin, which was bleeding, and other lacerations. Officer Lambert reported that he was experiencing dizziness and body soreness. Officer Lambert returned to the ERO office in Westerville, and a short while later began vomiting. Officer Lambert was then transported to Mount Carmel St. Ann's Hospital in Westerville for treatment.

8.      Later on the same date, Homeland Security Investigations (HSI) Special Agents (SAs) conducted an interview of Officer Lambert at the HSI office in Westerville, Ohio. During this interview, SAs were able to observe the puncture wound just below Officer Lambert's lip; multiple abrasions to his face; a cut on the knuckle of his little finger; an abrasion on his right knee; a cut near his left elbow; blood on his sweatshirt on his shoulder and arm; and blood on the front of his duty vest near the neckline.

9.      Based upon the foregoing, your affiant submits that there is probable cause to believe that Kendry Jose **CUBIAN-PEREZ** has committed violations of 18 U.S.C. § 111(a)(1) and (b) - assaulting, resisting, or impeding certain officers or employees while engaged in or on account of the performance of official duties inflicting bodily injury. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

Trace Way
Special Agent
Homeland Security Investigations

3

Subscribed and sworn to before me on

_____

Kimberly A. Jolson
United States Magistrate Judge

4